2018-10009

**B**

Section 5

**FILED**
2018 OCT 04 P 04:52
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO. 18-10009        DIVISION        DOCKET NO.

**KIRK CORMIER**

**VERSUS**

**MARRIOTT INTERNATIONAL, INC. AND
THE RITZ-CARLTON HOTEL COMPANY, L.L.C.**

FILED:_____        _____
                                     **DEPUTY CLERK**

---

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, KIRK CORMIER, who respectfully represents:

### I. PARTIES

1. Petitioner, KIRK CORMIER ("Cormier") a person of the full age of majority, is a resident of and domiciled in Jefferson Parish, State of Louisiana.

2. Defendant, MARRIOTT INTERNATIONAL, INC. ("Marriott") who upon information and belief is a foreign corporation licensed to do and doing business in the State of Louisiana.

3. Defendant, THE RITZ-CARLTON HOTEL COMPANY, L.L.C. ("Ritz-Carlton") who upon information and belief is a foreign corporation licensed to do and doing business in the State of Louisiana.

### II. VENUE

4. Venue is proper in this Court because it is the Parish where the wrongful acts occurred.

### III. FACTS AND GENERAL ALLEGATIONS

5. On October 5, 2017, plaintiff Kirk Cormier was a guest at the Ritz-Carlton Hotel in New Orleans, owned and operated by defendants Marriott and Ritz-Carlton.

6. While in the bathroom of his hotel room, Mr. Cormier slipped and fell as a result of water accumulating on the floor due to a leaky pipe under the sink which created

E-Filed    Exhibit "A"

Case 2:18-cv-11701-MLCF-DEK Document 1-1 Filed 11/28/18 Page 2 of 4

2018-10009

B

Section 5

FILED
2018 OCT 04  P 04:52
CIVIL
DISTRICT COURT

an unreasonably dangerous condition that the defendants either knew or should have known existed.

7. There were no warning signs or other precautions taken to warn Mr. Cormier of the unreasonably dangerous condition presented by the water from the leaking pipe.

8. Defendants had actual and/or constructive notice of the unreasonably dangerous condition created by the leaking pipe.

9. The water on the bathroom floor caused by the leaking pipe was the proximate cause of Mr. Cormier's fall and subsequent personal injuries.

### IV. CAUSE OF ACTION AGAINST MARRIOTT INTERNATIONAL, INC.

10. Upon information and belief, Defendant, Marriott is responsible for the pain and suffering caused to Petitioner, Mr. Cormier.

11. Upon information and belief, Marriott is responsible for injuries Mr. Cormier incurred as a result of falling on October 5, 2017.

12. A proximate and legal cause of the injuries of Mr. Cormier was the negligence, and want of due care, of Defendant Marriott.

13. The cause of this incident was the negligence of the Defendant Marriott pursuant to the Laws of Louisiana, including but not limited to, Louisiana Civil Code Articles 2315 and all other laws, statutes, industry customs, and regulations applicable to this case.

### V. CAUSE OF ACTION AGAINST THE RITZ-CARLTON HOTEL COMPANY, L.L.C.

14. Upon information and belief, Defendant, Ritz-Carlton is responsible for the pain and suffering caused to Petitioner, Mr. Cormier.

15. Upon information and belief, Ritz-Carlton is responsible for injuries Mr. Cormier incurred as a result of falling on October 5, 2017.

16. A proximate and legal cause of the injuries of Mr. Cormier was the negligence, and want of due care, of Defendant Ritz-Carlton.

17. The cause of this incident was the negligence of the Defendant Ritz-Carlton pursuant to the Laws of Louisiana, including but not limited to, Louisiana Civil Code Articles 2315 and all other laws, statutes, industry customs, and regulations applicable to this case.

Case 2:18-cv-11701-MLCF-DEK Document 1-1 Filed 11/28/18 Page 3 of 4

2018-10009

B
Section 5

FILED
2018 OCT 04  P 04:52
CIVIL
DISTRICT COURT

## VI. INJURIES AND DAMAGES

18. Petitioner, Mr. Cormier sustained injuries as a result of the aforementioned incident.

19. As a result of the injuries sustained as a result of Defendants' negligence, Mr. Cormier suffered severe pain and suffering as well as significant lost wages.

20. As further result of the injuries sustained as a result of Defendants' negligence, Mr. Cormier suffered damages including, but not limited to:

    (a) past and future lost wages;

    (b) past and future mental and physical pain and suffering;

    (c) past and future medical expenses; and

    (d) any and all other damages that will be shown at trial.

## VII. COMPARATIVE FAULT

21. Petitioner in no way caused or contributed to falling in the Ritz-Carlton Hotel.

## VIII. PRE-JUDGMENT INTEREST

22. Pre-judgment interest is sought from October 5, 2017, the date of this incident, until the date of the judgment. It is shown that this judicial interest on past damages is not a penalty, but specifically, is sought as compensation for Petitioner's use of funds to which Petitioner is rightfully entitled as a result of the loss and damages he sustained.

## IX. PRAYER FOR RELIEF

23. WHEREFORE, Petitioner Kirk Cormier, prays that:

    1. Defendants be served with a copy of this Petition for Damages and be required to answer within the delays provided by law.

    2. After due proceedings are conducted, there be a Judgement rendered in favor of Petitioner and against the Defendants for all damages as are reasonable with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings.

    3. All other legal equitable relief as this Honorable Court deems proper.

E-Filed

2018-10009

**B**

Section 5



**FILED**

2018 OCT 04  P 04:52

CIVIL
DISTRICT COURT

HUGH P. LAMBERT, ESQ. (#7933)
JEREMY Z. SOSO (#31974)
CAYCE PETERSON, ESQ. (#32217)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
Counsel for Plaintiff

**PLEASE SERVE**

**Marriott International, Inc.**
Through its registered agent for service of process:

CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

AND

**The Ritz-Carlton Hotel Company, L.L.C.**
Through its registered agent for service of process:

CT Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

E-Filed